

**Dated: March 26, 2008 11:22:04**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **In Re** | ) | |
| | ) | |
| **THELMA LUCILLE GIPSON** | ) | **CASE NO. 04-15581 NLJ** |
| | ) | **Chapter 13** |
|    **Debtor** | ) | |

| | | |
|---|---|---|
| **THELMA LUCILLE GIPSON** | ) | |
| | ) | |
|    **Plaintiff** | ) | |
| | ) | |
|    **vs.** | ) | **CASE NO. 04-15581 NLJ** |
| | ) | |
| **WILSHIRE CREDIT CORPORATION** | ) | **ADV. NO. 05-1216 NLJ** |
| | ) | |
|    **Defendant.** | ) | |

### AGREED JOURNAL ENTRY OF JUDGMENT

     COME NOW Plaintiff Thelma Lucille Gipson and Defendant Wilshire Credit Corp. and stipulate that this Order shall constitute the agreement of the parties and the final judgment in this case. Both parties have signed the original Agreed Journal Entry of Judgment.

     It is therefore ORDERED that the second cause of action by Plaintiff, in which she

alleged violations of the Real Estate Settlement Procedures Act, shall be dismissed with prejudice.

It is further ORDERED that regarding the first cause of action, Plaintiff's objection to the claim of Defendant, the amount of the debt shall be $15,000.00 (fifteen thousand dollars and no cents). Such claim is secured by Plaintiff's homestead and shall be paid as a secured claim in Debtor's Chapter 13 plan. Should Plaintiff be unable to complete her Chapter 13 case, the parties understand and agree that this Agreed Journal Entry of Judgment shall be null and void and shall have no binding effect on the parties.

IT IS SO ORDERED.

# # #

Prepared and approved for entry:

S/ Mike Rose
Mike Rose
MICHAEL J ROSE P.C.
4200 Perimeter Center Drive, Suite 245
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
**ATTORNEY FOR PLAINTIFF THELMA GIPSON**

S/ Jim Timberlake
Jim Timberlake
BAER TIMBERLAKE COULSON & CATES P.C.
4200 Perimeter Center Drive, Suite 100
Oklahoma City, OK 73112
(405) 842-7722 telephone
(405) 848-9349 facsimile
**ATTORNEY FOR DEFENDANT WILSHIRE CREDIT CORP.**